IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARRIE A. LACY,

      Plaintiff,
v.                                            CASE NO. 5:12-cv-327-MW/CAS

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

      Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No 21, filed August 14, 2013. No timely objection having been received, upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. In accepting and adopting the report and recommendation, this Court recognizes that Dr. Dawson should have explained the amount (time/pounds) that Plaintiff could "frequently lift" in item 6 under "exertional limitations" because Dr. Dawson concluded that Plaintiff could frequently lift and/or carry "less than 10 pounds." While the "inability to lift and or carry more than 1 or 2 pounds would rode the unskilled sedentary occupational base significantly" in some

1

circumstances, Dr. Dawson's failure to elaborate in this case is of no consequence because, as the Magistrate recognized, Plaintiff can occasionally lift and/or carry "10 pounds."

The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for social security benefits is **AFFIRMED**."

The Clerk shall close the file.

**SO ORDERED on September 6, 2013.**

<pre>                                        s/Mark E. Walker            
                                        United States District Judge</pre>